UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>    v.<br><br>RONALD M. KARP, et al.,<br><br>        Defendants. | Case No. 18-cv-04075-KAW<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Samuel Love filed the instant Americans with Disabilities Act case against Defendants. Pursuant to General Order 56, the joint site inspection deadline was October 22, 2018, and Plaintiff was required to file a "Notice of Need for Mediation" forty-two days after the joint site inspection. (*See* Dkt. No. 6.) Thus, Plaintiff's "Notice of Need for Mediation" was due by December 3, 2018.

As of the date of this order, Plaintiff has yet to file his "Notice of Need for Mediation." Plaintiff is therefore ordered to show cause by **December 28, 2018**, why this case should not be dismissed for failure to prosecute by filing the Notice of Need for Mediation or a request to extend the filing deadline.

IT IS SO ORDERED.

Dated: December 11, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge